**Order entered December 9, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00801-CV

### JAY SANDON COOPER, Appellant

### V.

### JUDGE PAUL MCNULTY, Appellee

**On Appeal from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 219-01611-2015**

## ORDER

By order entered November 2, 2015, we directed court reporter Indu Bailey to file the reporter's record no later than December 2, 2015. To date, however, the record has not been filed. Accordingly, we again **ORDER** Ms. Bailey to file the record. The reporter's record shall be filed no later than December 21, 2015.

We **DIRECT** the Clerk of the Court to send a copy of this order to Ms. Bailey and the parties.

/s/     CRAIG STODDART
JUSTICE